**SEALED**

BENJAMIN B. WAGNER
United States Attorney
TODD PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

**FILED**

MAY 29 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION   )   2:13-SW-0374 AC
OF THE UNITED STATES               )   NO. 2:13-SW-
OF AMERICA FOR AUTHORIZATION TO    )
OBTAIN LOCATION DATA CONCERNING    )
CELLULAR TELEPHONES ASSIGNED       )   SEALING ORDER
TELEPHONE NUMBERS: (909) 749-2258  )
                                   )
                                   )
                                   )
                                   )

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 5/29/13                    _____
                                   HONORABLE ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

1